Erastus H. Barnes, Respondent, *v.* Walter P. Denslow et al., Appellants.

(Argued December 7, 1891; decided January 20, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 14, 1890, which modified and affirmed as modified a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Van Buren Denslow* for appellants.

*N. B. Hoxie* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.